## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
### WESTERN DIVISION

BOBBY EARL WILSON                                               PETITIONER

VERSUS                              CRIMINAL ACTION NO. 5:98cr13-DCB
                                    CIVIL ACTION NO. 5:07cv148-DCB

UNITED STATES OF AMERICA                                        RESPONDENT

### ORDER

This cause comes before the Court on the petitioner's Motion to Amend Petitioner's Brief [**docket entry no. 37**] filed on August 17, 2007.  In his Motion, the petitioner seeks to amend his § 2255 habeas corpus motion that was filed on July 26, 2007.

In the United States' Response [docket entry no. 39] to the petitioner's Motion to Amend Petitioner's Brief, the respondent indicates that it has no opposition to said Motion.

Accordingly,

**IT IS HEREBY ORDERED** that the petitioner's Motion to Amend Petitioner's Brief [**docket entry no. 37**] is **GRANTED**.

**SO ORDERED,** this the   26th   day of November 2007.


                                         s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE