```
           UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  WESTERN DIVISION
```

UNITED STATES OF AMERICA

VERSUS                              CRIMINAL NO: 5:98-cr-13-DCB-1

BOBBY WILSON, JR.                                      DEFENDANT

### ORDER

This cause comes before the Court on Defendant's Motion for Records and Transcript [document entry no. 76].  Having considered the said Motion, the Government's response, applicable statutory and case law, and being otherwise fully advised in the premises, the Court finds and orders as follows:

Petitioner has filed a § 2255 motion, asking the Court to provide him with a free copy of his records and transcript so that he may challenge his state court guilty plea. In order to file a motion pursuant to 28 U.S.C. § 2255, a petitioner must be in "custody under a sentence of a court established by Congress." Because Petitioner is serving a state court sentence, he is not entitled to relief under § 2255.[1]  Additionally, Petitioner does not have a habeas petition pending before the Court, and therefore the Court lacks jurisdiction to entertain his request. United States v. Carvajal, 989 F.2d 170, 170 (5th Cir. 1993); Walker v.

---

[1] Petitioner's federal sentence was terminated on March 24, 2007.  Petitioner does not appear to be challenging this sentence in his present motion; however, the Court notes that any challenge to this sentence is procedurally barred.  United States v. Flores, 135 F.3d 1000, 1006 (5th Cir. 1998).

<u>United States</u>, 424 F.2d 278, 278 (5th Cir. 1970).  As Petitioner is not in federal custody, has completed his federal sentence, and has no basis for relief under § 2255, the Court finds that Petitioner's motion is without merit.

Accordingly,

**IT IS HEREBY ORDERED** that the Petitioner's Motion for Records and Transcript [docket entry no. 76] is **DENIED.**

**SO ORDERED AND ADJUDGED** this the 29th day of August 2011.

                                                                                               /s/ David Bramlette

                                                          UNITED STATES DISTRICT JUDGE